# UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Zoltan Karoly Kovacs                      Bankruptcy Case No.: 8–18–75875–las

30 Thompson AW Holdings, LLC
9 Minetta AW Holdings, LLC

                                     Plaintiff(s),

–against–                                              Adversary Proceeding No. 8–19–08028–las

Zoltan Karoly Kovacs

                                     Defendant(s)

## SUPPLEMENTAL SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
|---|
| **United States Bankruptcy Court** <br> **290 Federal Plaza** <br> **Central Islip, NY 11722** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Michael J Macco** <br> **Macco Law Group, LLP** <br> **2950 Express Drive South** <br> **Suite 109** <br> **Islandia, NY 11749** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: April 18, 2019                         Robert A. Gavin, Jr., Clerk of the Court